THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCER INSURANCE COMPANY, an Illinois Corporation, as subrogee of Transportation Demand Management, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RENE VARGAS ROMERO, an individual, and JANE DOE ROMERO, and the marital community comprised thereof; MARIA VARGAS, an individual, and JOHN DOE VARGAS, and the marital community comprised thereof,<br><br>Defendants. | NO. 2:17-cv-109-RSL<br><br>STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS RENE VARGAS ROMERO AND JANE DOE ROMERO ONLY<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 12, 2017** |

## I.  STIPULATED MOTION

Pursuant to LCR 83.2(b)(1) the undersigned attorneys hereby STIPULATE and AGREE to allow Levi L. Bendele, III and Tyson & Mendes LLP to withdraw as counsel of record for defendants Rene Vargas Romero and Jane Doe Romero only in the above-referenced matter, and to allow Scott C. Wakefield, Justin M. Monroe, and Fallon McKinley & Wakefield, PLLC to appear and substitute as counsel of record for Rene Vargas Romero and Jane Doe Romero only, reserving all

STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANTS RENE
VARGAS ROMERO AND JANE DOE ROMERO ONLY - 1
(Case No. 2:17-cv-109-RSL)

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

1070.060/170628StipMtnWithSubsCounsel.docx

defenses including, but not limited to defects in jurisdiction and/or service of process. Levi L. Bendele, III and Tyson & Mendes LLP will remain as counsel for defendants Maria Vargas and John Doe Vargas.

Counsel requests that all future notices to defendants Romero,exclusive of original process, be directed to:

> Scott C. Wakefield, WSBA #11222
> Justin M. Monroe, WSBA #35683
> Fallon McKinley & Wakefield, PLLC
> 1111 Third Avenue, Suite 2400
> Seattle, WA 98101
> (206) 682-7580 (Phone)
> (206) 682-3437 (Fax)
> swakefield@fmwlegal.com
> jmonroe@fmwlegal.com
> Counsel for Defendants
>   Rene Vargas Romero and Jane Doe Romero

DATED this 12th day of July, 2017.

| TYSON & MENDES LLP | FALLON McKINLEY & WAKEFIELD, PLLC |
|---|---|
| By *s/ Levi L. Bendele, III* | By *s/ Scott C. Wakefield* <br> By *s/ Justin M. Monroe* |
| Levi L. Bendele, III   WSBA #26411 <br> 200 W. Mercer Street, Suite 411 <br> Seattle, WA 98119 <br> TEL: (206) 420-4267 <br> E-mail: lbendele@tysonmendes.com <br> ***Withdrawing Attorneys for Defendants Rene Vargas Romero and Jane Doe Romero*** | Scott C. Wakefield   WSBA #11222 <br> Justin M. Monroe   WSBA #35683 <br> Fallon McKinley & Wakefield, PLLC <br> 1111 Third Avenue, Suite 2400 <br> Seattle, WA 98104 <br> TEL: (206) 682-7580 <br> FAX: (206) 682-3437 <br> E-mail: swakefield@fmwlegal.com <br> E-mail: jmonroe@fmwlegal.com <br> ***Substituting Attorneys for Defendants Rene Vargas Romero and Jane Doe Romero*** |

STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANTS RENE
VARGAS ROMERO AND JANE DOE ROMERO ONLY - 2
(Case No. 2:17-cv-109-RSL)

**FALLON McKINLEY & WAKEFIELD, PLLC**
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

1070.060/170628StipMtnWithSubsCounsel.docx

PATTERSON BUCHANAN FOBES
& LEITCH, INC., P.S.

By _s/ Sean D. Jackson_

Sean D. Jackson          WSBA #33615
2112 Third Ave., Suite 500
Seattle, WA 98121
TEL: 206-462-6700
FAX: 206-652-3501
sdj@pattersonbuchanan.com
*Attorneys for Plaintiff*

## II.   ORDER

The parties' stipulated motion, docket no. 9, is GRANTED, and it is hereby ORDERED as follows:

Levi L. Bendele, III and Tyson & Mendes LLP are permitted to withdraw as counsel of record for defendants Rene Vargas Romero and Jane Doe Romero only in the above-referenced matter.

Scott C. Wakefield, Justin M. Monroe, and Fallon McKinley & Wakefield, PLLC are permitted to appear and substitute as counsel of record for defendants Rene Vargas Romero and Jane Doe Romero only, with a reservation of all defenses including, but not limited to, defects in jurisdiction and/or service of process.

DATED this 14th day of July, 2017.

_____
ROBERT S. LASNIK,
United States District Court Judge

STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANTS RENE
VARGAS ROMERO AND JANE DOE ROMERO ONLY - 3
(Case No. 2:17-cv-109-RSL)

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

1070.060/170628StipMtnWithSubsCounsel.docx

Presented by:

| | |
|---|---|
| TYSON & MENDES LLP | FALLON McKINLEY & WAKEFIELD, PLLC |
| By  *s/ Levi L. Bendele, III* | By *s/ Scott C. Wakefield*<br>By *s/ Justin M. Monroe* |
| Levi L. Bendele, III    WSBA #26411<br>200 W. Mercer Street, Suite 411<br>Seattle, WA 98119<br>TEL: (206) 420-4267<br>E-mail: lbendele@tysonmendes.com<br>***Withdrawing Attorneys for Defendants***<br>***Rene Vargas Romero and Jane Doe Romero*** | Scott C. Wakefield    WSBA #11222<br>Justin M. Monroe    WSBA #35683<br>Fallon McKinley & Wakefield, PLLC<br>1111 Third Avenue, Suite 2400<br>Seattle, WA 98104<br>TEL: (206) 682-7580<br>FAX: (206) 682-3437<br>E-mail: swakefield@fmwlegal.com<br>E-mail: jmonroe@fmwlegal.com<br>***Substituting Attorneys for Defendants***<br>***Rene Vargas Romero and Jane Doe Romero*** |

PATTERSON BUCHANAN FOBES
& LEITCH, INC., P.S.

By *s/ Sean D. Jackson*

Sean D. Jackson    WSBA #33615
2112 Third Ave., Suite 500
Seattle, WA 98121
TEL: 206-462-6700
FAX: 206-652-3501
sdj@pattersonbuchanan.com
***Attorneys for Plaintiff***

STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANTS RENE
VARGAS ROMERO AND JANE DOE ROMERO ONLY - 4
(Case No. 2:17-cv-109-RSL)

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580 FAX (206) 682-3437

1070.060/170628StipMtnWithSubsCounsel.docx