IN THE UNITED STATES DISTRCIT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LANCER INSURANCE COMPANY, an Illinois Corporation, as subrogee of Transportation Demand Management, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RENE VARGAS ROMERO and "JANE DOE" ROMERO, husband and wife and their marital community comprised thereof; MARIA VARGAS, and individual, and JOHN DOE VARGAS, and the marital community comprised thereof,<br><br>Defendants. | No. 2:17-cv-109<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br>[CLERK'S ACTION REQUIRED] |

**STIPULATION**

COME NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without any further costs to any party.

The parties further stipulate that this matter has been fully resolved and compromised.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE -- 1

TYSON & MENDES, LLP
200 West Mercer Street, Suite 411
Seattle, WA 98119
TEL: (206) 420-4267
FAX: (206) 420-4375

DATED this 14th day of November, 2017.    DATED this 14th day of NOV., 2017.

TYSON & MENDES, LLP                         PATTERNSON BUCHANNAN
                                            FOBES & LEITCH INC., PS

By: _____                 By: _____
Levi Bendele, WSBA #26411                   Sean Jackson, WSBA # 33615
Angelina Petrosyan, WSBA #50810             Attorney for Plaintiff Lancer Insurance
Attorney for Defendant Maria Vargas         Company


FALLON MCKINLEY &
WAKEFIELD, PLLC

By: _____
Justin Monroe, WSBA # 35683
Attorney for Defendant Rene Vargas Romero


## ORDER

The parties having so stipulated, it is hereby

ORDERED, ADJUDGED AND DECREED that this case shall be dismissed with prejudice and without costs to any party.

There being no just reason for delay, the Clerk is hereby instructed to immediately enter this final Order of Dismissal.

DATED this 27th day of Nov., 2017.

_____
JUDGE/~~COURT COMMISSIONER~~

//

//

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE -- 2

TYSON & MENDES, LLP
200 West Mercer Street, Suite 411
Seattle, WA 98119
TEL: (206) 420-4267
FAX: (206) 420-4375

Presented by:

TYSON & MENDES, LLP

By: _____
Levi Bendele, WSBA #26411
Angelina Petrosyan WSBA # 50810
Attorneys for Defendant

PATTERNSON BUCHANNAN
FOBES & LEITCH INC., PS

By: _____
Sean Jackson, WSBA # 33615
Attorney for Plaintiff Lancer Insurance Company

FALLON MCKINLEY &
WAKEFIELD, PLLC

By: _____
Justin Monroe, WSBA # 35683
Attorney for Defendant Rene Vargas Romero

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 3

TYSON & MENDES, LLP
200 West Mercer Street, Suite 411
Seattle, WA 98119
TEL: (206) 420-4267
FAX: (206) 420-4375